112 A.3d 1210

**OFFICE OF DISCIPLINARY COUNSEL, Respondent**

v.

**Allen L. FEINGOLD, Petitioner.**

**No. 1 EM 2015.**

Supreme Court of Pennsylvania.

April 16, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of April, 2015, the Petition for Review is **DISMISSED AS UNTIMELY.**